UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3828
_____

PATRICIA THOMPSON,
       Appellant

v.

REAL ESTATE MORTGAGE NETWORK;
SECURITY ATLANTIC MORTGAGE COMPANY;
NOEL CHAPMAN, an individual; SAMUEL LAMPARELLO, an individual
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 2:11-cv-01494)
District Judge: Honorable Dennis M. Cavanaugh
_____

Argued November 6, 2013

Before: GREENAWAY, JR., VANASKIE and ROTH, *Circuit Judges*
_____

JUDGMENT
_____

  This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued on November 6, 2013.  On consideration whereof, it is now hereby

  ORDERED and ADJUDGED by this Court that the Order of the District Court entered August 31, 2012 is hereby vacated and remanded.  Costs shall be taxed against Appellees in this matter.  All of the above in accordance with the Opinion of this Court.

ATTEST:


s/Marcia M. Waldron
Clerk

Dated: April 3, 2014