UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

PATRICIA THOMPSON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

REAL ESTATE MORTGAGE NETWORK, INC., et al.,

Defendants.

Civ. No. 2:11-1494 (KM)(MAH)

ORDER

### KEVIN MCNULTY, U.S.D.J.:

**THIS MATTER** having come before the Court upon the motion (DE 223) of Defendants, Real Estate Mortgage Network, Inc. ("REMN"), Security Atlantic Mortgage Company, Inc. ("SAMC"), Noel Chapman, and Samuel Lamparello; and Plaintiff Patricia Thompson ("Plaintiff") having opposed that motion (DE 224-1) and moved (DE 224) for equitable tolling; and the Defendants having filed replies (DE 225, 226); and both parties having filed supplemental submissions (DE 231, 232); and the Court having heard oral argument; for the reasons stated in the Opinion filed on this date, and for good cause shown:

**IT IS** this 26th day of June, 2019,

**ORDERED** that Defendants' motion (DE 223) for summary judgment and to compel arbitration is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for equitable tolling (DE 224) **GRANTED** insofar as the limitations period is tolled as to current opt-ins only, from July 30, 2012 until further order from this Court, but otherwise **DENIED**.

**KEVIN MCNULTY**
**United States District Judge**