# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA THOMPSON, et al.<br>    Plaintiff,<br><br>v.<br><br>REAL ESTATE MORTGAGE<br>NETWORK, INC., et al.<br>    Defendants. | :<br>:<br>:  CIVIL ACTION<br>:<br>:  NO. 2:11-cv-01494-KM-MAH<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF APPEARANCE

  Kindly enter the appearance of Lucas A. Markowitz, Esq. on behalf of Defendants Real Estate Mortgage Network, Inc., Security Atlantic Mortgage Company, Inc., Noel Chapman and Samuel Lamparello in the above-captioned matter.

             **OFFIT KURMAN, P.A.**

Dated:  August 30, 2021     /s/ Lucas A. Markowitz
             Lucas A. Markowitz, Esq.
             590 Madison Avenue, 6th Floor
             New York, NY 10022
             Phone: (929) 476-0038
             lucas.markowitz@offitkurman.com

             **Attorneys for Defendants Real Estate Mortgage Network, Inc., Security Atlantic Mortgage Company, Inc., Noel Chapman and Samuel Lamparello**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Lucas A. Markowitz, Esq.'s Notice of Appearance on behalf of Defendants Real Estate Mortgage Network, Inc., Security Atlantic Mortgage Company, Inc., Noel Chapman and Samuel Lamparello has been served on all Counsel of record by the Court's ECF System.

                                   **OFFIT KURMAN, P.A.**

                                   /s/ Lucas A. Markowitz
                                   Lucas A. Markowitz, Esq.

Dated:  August 30, 2021

4817-0928-4089, v. 1