

Lucas A. Markowitz
929.476.0038 (Direct Dial)
212.545.1656 (Facsimile)
973.886.3080 (Cell)
Lucas.Markowitz@offitkurman.com

August 30, 2021

**VIA ECF**
Honorable Kevin McNulty
U.S. District Court for the District of New Jersey
Lautenberg U.S. Post Office & Courthouse Federal Square
Newark, New Jersey 07101

Re: *Thompson v. Homebridge Financial Services, Inc. et al*.
Case No. 2:11-cv-01494-KH-MAH

Dear Justice McNulty,

We represent Defendants in this case. I write to request a brief extension on the Parties' time to file the Motion for Preliminary Approval of the Settlement. The prior deadline for the Parties' submission is today August 30, 2021. *ECF No. 285*.

The attorney from my firm who was handling the case recently went out on maternity leave and I joined the firm only about two weeks ago. That said, the Parties are jointly working on the motion papers and expect to be able to file them within three weeks at the latest. As a result, with consent of Plaintiffs' attorney, the Parties request an extension of the deadline to file the Motion for Preliminary Approval from August 30, 2021 until September 20, 2021.

Best regards,

Lucas A. Markowitz

LM/

4814-0349-3113, v. 1